**TULLIO DELUCA**

**ATTORNEY-AT-LAW**
**381 N. 9TH STREET**
**SCRANTON, PENNSYLVANIA 18504**
**PHONE (570) 347-7764  FAX (570) 347-7763**
**EMAIL: TULLIO.DELUCA@VERIZON.NET**

April 6, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Paul Hrywnak
        **Chapter 13 Bankruptcy**
        **Case No. 5-17-01134**

Dear Sir/Madam:

    I have received returned mail for KURLANCHEK FURNITURE, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO BOX 15105 WILMINGTON, DE 19850-5105 .Please be advised the correct information is as follows.

        KURLANCHEK FURNITURE
         235 MUNDY STREET
        WILKES-BARRE TWP.  PA 18702

I served the Notice of Chapter 13 Bankruptcy Case at the above address on (April 6, 2017). Please correct the mailing matrix.

    Thank you for assistance in this matter.

                Very truly yours,


                /s/ Tullio DeLuca, Esquire

TD/th