# TULLIO DeLUCA
**ATTORNEY-AT-LAW**
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

April 6, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Paul Hrywnak
        **Chapter 13 Bankruptcy**
        **Case No. 5-17-01134**

Dear Sir/Madam:

    I have received returned mail for **KAB CONSTRUCTION**, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: RD3 PO BOX 3419A MOSCOW, PA 18444 .Please be advised the correct information is as follows.

        KAB CONSTRUCTION
         PO BOX 505
        IMPERIAL, MO 63052

I served the Notice of Chapter 13 Bankruptcy Case at the above address on (APRIL 6, 2017). Please correct the mailing matrix.

    Thank you for assistance in this matter.

        Very truly yours,


        /s/ Tullio DeLuca, Esquire

TD/th