In re:                                                      Case No. 17-01134-JJT
Paul Hrywnak                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5         User: REshelman         Page 1 of 1              Date Rcvd: Apr 26, 2017
                              Form ID: ntnew341       Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
```
db             +Paul Hrywnak,    14 O'Hara Road,    Moscow, PA 18444-6351
4899369         Credit First National Assoc.,    P.O. Box 81315,    Cleveland, OH 44181-0315
4899371        +Fidelity Deposit & Discount Bank,    338 N. Washington Ave.,    Scranton, PA 18503-1554
4899372        +Geisinger Health System,    100 North Academy Ave.,    Danville, PA 17822-0001
4899373         Godino's West Mountain Stone Quarry,    840 Newton Rd.,    Scranton, PA 18504
4899374        +KAB Construction Inc,    PO BOX 505,    IMPERIAL MO 63052-0505
4899375        +Kurlanchek Furniture,    235 MUNDY STREET,    WILKES BARRE TWP PA 18702-6833
4899376        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4899377        +Modern Gas Sales,    P.O. Box 1,    Avoca, PA 18661-0001
4899381         PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
4899380         Penn Credit Corp.,    916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
4899382        +Santarelli & Sons Oil Co.,    443 N. Main St.,    Peckville, PA 18452-2409
4899383        +Seterus,    Attn: Bankruptcy Dept.,    P.O. Box 4128,    Beaverton, OR 97076-4128
4899385        +USCB Corporation,    101 Harrison St.,    Archbald, PA 18403-1961
4899384        +United Check Cashing,    741 Oak St.,    Scranton, PA 18508-1556
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4899367        +E-mail/Text: seinhorn@ars-llc.biz Apr 26 2017 18:59:49      Ability Recovery Svcs. LLC,
                 P.O. Box 4031,    Wyoming, PA 18644-0031
4899368        +E-mail/Text: bnc-capio@quantum3group.com Apr 26 2017 18:59:38      Capio Partners,
                 2222 Texoma Pkwy.,    Suite 150,    Sherman, TX 75090-2481
4899370        +E-mail/Text: creditonebknotifications@resurgent.com Apr 26 2017 18:59:33      CreditOne,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
4899378         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2017 18:59:38      PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
                                                                                             TOTAL: 4
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4899379*       +Paul Hrywnak,    14 O'Hara Road,    Moscow, PA 18444-6351
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed
               Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor Paul Hrywnak tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Plaintiff Paul Hrywnak tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Paul Hrywnak  
aka Paul Hrywnak Jr.  
Debtor(s)

Chapter 13

Case No. 5:17−bk−01134−JJT

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: June 19, 2017 |
| | Time: 10:00 AM |

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
274 Max Rosenn U.S. Courthouse  
197 South Main Street  
Wilkes−Barre, PA 18701  
(570) 831−2500

**For the Court:**  
Clerk of the Bankruptcy Court:  
Terrence S. Miller  
By: REshelman

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: April 26, 2017