## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    PAUL HRYWNAK
          AKA: PAUL HRYWNAK, JR.

              Debtor(s)                        CHAPTER 13

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                Movant

          vs.
                                               CASE NO: 5-17-01134-JJT

          PAUL HRYWNAK
          AKA: PAUL HRYWNAK, JR.

              Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on June 20, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 521(a), 521(f) and 1307(c), due to unreasonable delay in providing the Trustee a complete copy of the 2015 Federal Tax Return.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

RESPECTFULLY SUBMITTED,
s/   Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    PAUL HRYWNAK
          AKA: PAUL HRYWNAK, JR.

              CHAPTER 13

        Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE      CASE NO: 5-17-01134-JJT
             Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for unreasonable delay in providing the Trustee with a complete copy of your 2015 Federal Income Tax Return.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion as indicated below.  Any matter not resolved at the Trustee's Conference shall be heard at the dismissal hearing.

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| July 11, 2017  at 9:00 am | July 11, 2017 at 09:35 AM |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Max Rosenn U.S. Courthouse | Max Rosenn U.S. Courthouse |
| 197 S. Main Street | 197 S. Main Street |
| Wilkes Barre, PA | Wilkes Barre, PA |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place on or before:  **July 4, 2017**.

1. You have provided the Trustee at the following address:
   (a) with a complete copy of your 2015 Federal income tax return including schedules and forms; or
   (b) with a statement why you were not required to file a tax return for 2015; or
   (c) with a copy of your 2015 Form 4868 filed to request an extension of the time to file your tax return.

OFFICE OF THE CHAPTER 13 TRUSTEE
SUITE A, 8125 ADAMS DRIVE
HUMMELSTOWN, PA  17036

2. You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the  Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE**

**BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097
Dated:  June 20, 2017

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANAI

IN RE:    PAUL HRYWNAK
          AKA: PAUL HRYWNAK, JR.

                                              CHAPTER 13

          Debtor(s)


          CHARLES J. DEHART, III                  CASE NO: 5-17-01134-JJT
          CHAPTER 13 TRUSTEE
              Movant

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and
Proposed Order by First Class Mail, unless served electronically, at the below address on
June 20, 2017.



    TULLIO DeLUCA, ESQUIRE
    381 N 9TH AVENUE
    SCRANTON, PA  18504-




    PAUL HRYWNAK
    14 O'HARA ROAD
    MOSCOW, PA  18444


                                    Respectfully Submitted,
                                    s/Vickie Williams
                                    for Charles J. DeHart, III, Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA  17036
                                    Phone:  (717) 566-6097

Dated:  June 20, 2017

IN RE:    PAUL HRYWNAK
          AKA: PAUL HRYWNAK, JR.

             Debtor(s)                CHAPTER 13

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
              Movant
                                    CASE NO: 5-17-01134-JJT

          vs.

          PAUL HRYWNAK                MOTION TO DISMISS
          AKA: PAUL HRYWNAK, JR.

             Respondent(s)


## ORDER DISMISSING CASE


      Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.