In re:                                                                                                        Case No. 17-01134-JJT
Paul Hrywnak                                                                             Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5             User: PRadginsk              Page 1 of 2                     Date Rcvd: Jul 24, 2017
                                   Form ID: ordsmiss            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2017.
```
db             +Paul Hrywnak,    14 O'Hara Road,    Moscow, PA 18444-6351
4899371        +Fidelity Deposit & Discount Bank,    338 N. Washington Ave.,    Scranton, PA 18503-1554
4899372        +Geisinger Health System,    100 North Academy Ave.,    Danville, PA 17822-0001
4899374        +KAB Construction Inc,    PO BOX 505,    IMPERIAL MO 63052-0505
4899375        +Kurlanchek Furniture,    235 MUNDY STREET,    WILKES BARRE TWP PA 18702-6833
4899376        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4899377        +Modern Gas Sales,    P.O. Box 1,    Avoca, PA 18661-0001
4899381         PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
4899380         Penn Credit Corp.,    916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
4899382        +Santarelli & Sons Oil Co.,    443 N. Main St.,    Peckville, PA 18452-2409
4899383        +Seterus,    Attn: Bankruptcy Dept.,    P.O. Box 4128,    Beaverton, OR 97076-4128
4899373       ++THERESA GURNARI,    GODINO S WEST MOUNTAIN STONE QUARRY,    703 NEWTON RD,
                 SCRANTON PA 18504-1017
                (address filed with court: Godino's West Mountain Stone Quarry,    840 Newton Rd.,
                 Scranton, PA 18504)
4899385        +USCB Corporation,    101 Harrison St.,    Archbald, PA 18403-1961
4899384        +United Check Cashing,    741 Oak St.,    Scranton, PA 18508-1556
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4899367        +E-mail/Text: seinhorn@ars-llc.biz Jul 24 2017 19:01:59      Ability Recovery Svcs. LLC,
                 P.O. Box 4031,    Wyoming, PA 18644-0031
4899368        +EDI: CAPIO.COM Jul 24 2017 18:58:00      Capio Partners,    2222 Texoma Pkwy.,    Suite 150,
                 Sherman, TX 75090-2481
4899369         EDI: CRFRSTNA.COM Jul 24 2017 18:58:00      Credit First National Assoc.,    P.O. Box 81315,
                 Cleveland, OH 44181-0315
4899370        +EDI: RCSFNBMARIN.COM Jul 24 2017 18:58:00      CreditOne,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
4929443         EDI: RESURGENT.COM Jul 24 2017 18:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4947824         EDI: RESURGENT.COM Jul 24 2017 18:58:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of NCOP X, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4899378         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2017 19:01:54      PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
4925200         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2017 19:01:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
                                                                                             TOTAL: 8
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
4899379*       +Paul Hrywnak,    14 O'Hara Road,    Moscow, PA 18444-6351
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: PRadginsk            Page 2 of 2                  Date Rcvd: Jul 24, 2017
                               Form ID: ordsmiss          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2017 at the address(es) listed below:

          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-WL2, Asset-Backed Certificates, Series 2005-WL2 bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Debtor Paul  Hrywnak tullio.deluca@verizon.net
          Tullio  DeLuca    on behalf of Plaintiff Paul  Hrywnak tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                                                              TOTAL: 5

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Paul Hrywnak<br>aka Paul Hrywnak Jr.<br>**Debtor(s)** | Chapter 13<br>Case No. 5:17−bk−01134−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: July 24, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk